EXCHANGE BANK OF MACON *v.* FREEMAN & JONES.

A garnishee in attachment has no right to move for a new trial on alleged errors committed by the court in trying the attachment case as between the plaintiff and the defendant therein. The garnishee has no concern with the merits of the controversy between these parties any further than to see that, before judgment goes against himself on the garnishment, there is a judgment against the defendant in attachment which is so far free from invalidity as not to be void. He will be protected by a judgment against the defendant in attachment which is merely erroneous, equally as by a judgment free from error.　*Judgment affirmed.*
August 1, 1892.

Garnishment. Practice. Judgment. Before Judge MILLER. Bibb superior court. November term, 1891.

On March 26, 1891, Freeman & Jones caused attachment to issue against S. H. Bell, a non-resident, and caused a summons of garnishment to be served upon the Exchange Bank of Macon. The bank answered that on April 1, 1891, it had in its possession $587.51 belonging to the defendant, and that it had since paid out that amount to the defendant's order. The declaration of the plaintiffs alleged that Bell was indebted to them $587.50 besides interest, for that during the months of February and March, 1891, they placed in his hands $787.51 for the purpose of handling grain futures for them, which money was placed by them in the Exchange Bank of Macon to the credit of Bell;

that the books of the bank show that Bell has in hand $587.50 belonging to plaintiffs, and that they demanded payment from Bell and the bank, which was refused. They prayed for judgment against Bell as principal, and the bank as garnishee.

On the call of the case counsel for Bell struck their names, and the case was defended by the garnishee. The jury found for the plaintiffs $587.51. The garnishee moved for a new trial; the motion was overruled, and exception was taken.

A. O. BACON and STEED & WIMBERLY, for plaintiff in error.

M. R. FREEMAN, by brief, *contra*.